09/28/2024

Your Honor,

       I Leslie Franklin are requesting that you help me execute this judgement that I have had over a year now. It is not respected by the defendant, and I am requesting that you give an order to the Bronx Sherrif Dept so this writ of execution can be enforced to the defendant Shari K. Hepburn please.

Thank you,

Leslie Franklin

Lesliefranklin66@yahoo.com

520-982-6975

1050 N. Camino Seco # 1020

Tucson Az 85710

## PIMA COUNTY CONSOLIDATED JUSTICE COURT
### 240 N. STONE AVENUE, TUCSON, AZ 85701 (520)724-3171

| PLAINTIFF | CASE NO. | DEFENDANT |
|---|---|---|
| Leslie Franklin<br>1050 N Camino Seco #1020<br>Tucson AZ 85710<br>(Name/Address/Telephone) | CV23-009219-SC<br><br>**WRIT OF EXECUTION** | Shari Hepburn<br>4180 Hatchinson River Pkwy #6D<br>Bronx N.Y. 10475-<br>(Name/Address/Telephone) |

THE STATE OF ARIZONA TO THE SHERIFF OR ANY CONSTABLE IN __Bronx__ COUNTY:

On __Aug 9, 2023__, Judgment in this action was entered against the: ☐ Plaintiff  ☒ Defendant
for the following amount, plus accruing costs and the costs of this Writ:

$ __1723.05__ Original judgment
$ __19%__ Accrued interest from date of judgment
$ __342.94__ Accrued court costs
$ __0__ Less set offs, if any (payments made or credits allowed)
$ __3065.99__ Total Sum due

☒ **GENERAL EXECUTION**
YOU ARE COMMANDED to make diligent effort to satisfy the judgment by executing on the stated sum of money of the defendant's, or to levy on and sell such non-exempt personal property of the defendant's as is necessary to satisfy this judgment.

The property is believed to be located at: __4180 Hutchinson River Parkway #6D Bronx N.Y. 10475__

☒ **SPECIAL EXECUTION**
YOU ARE COMMANDED to make diligent effort to levy on and sell the following described non-exempt personal property:
_____

Property is believed to be located at: _____

Make execution and return of this Writ within (60) days, and to notify the judgment debtor of such return.

DATED: __9-11-24__                       _____
                                          Justice of the Peace

**CERTIFICATE OF SERVICE**
I state under penalty of perjury that the foregoing is true and correct.

I received this Writ from the court on _____, and executed same as follows:

Date/Time of Service: _____

Person Served: _____

Executed at: _____

☐ No property found to levy on
☐ Sum of money levied on. $ _____ delivered to judgment debtor.
☐ Personal property levied on. A list is attached.

Date: _____           _____
                                Constable

STATEMENT OF COSTS: Service Fee $_____; Mileage Fee $_____; Other $_____; TOTAL $_____

JP17 (Rev 10-09-13)                    Original-Court with return; Copy-Party Served

# PIMA COUNTY CONSOLIDATED JUSTICE COURT
## 240 N. STONE AVENUE    TUCSON, AZ 85701-1130    (520)724-3171

**CIVIL MINUTE ENTRY**

| PLAINTIFF(S): FRANKLIN, LESLIE G VS DEFENDANT(S): HEPBURN, SHARI K | PLAINTIFF'S ATTORNEY: DEFENDANT'S ATTORNEY: | CASE NO. CV23-009219-SC Defendant's Address: HEPBURN, SHARI K 4180 HUTCHINSON RIVER PKWY EAST # 6D BRONX NEW YORK 10475 |
|---|---|---|

COURT DATE: 08/09/2023   TIME: 10:30 AM   HEARING TYPE: Small Claims

PLAINTIFF: ☑ Present   ☐ Not Present   ☐ By Counsel
DEFENDANT: ☑ Present   ☐ Not Present   ☐ By Counsel

The Court, being fully advised in the premises, finds Plaintiff is entitled to recover by his/her/their/its complaint.

Judgment $ 1723.05, Total judgment $ 1723.05.
Court Judgment.
Interest of 9.5 % per annum from Friday, September 08, 2023.
Counter Plaintiff takes nothing on Counterclaim.
Parties each to bear their own court costs.
Judgment satisfies half the funeral expenses paid by Plaintiff to Brings Funeral Home on behalf of their deceased father. The deceased's insurance policy was distributed before the expenses were paid leaving the Plaintiff to pay for the arrangements out of pocket.

DATED: 08/09/2023

JUSTICE OF THE PEACE   ☐ HEARING OFFICER   ☐ PRO TEM

ALL PARTIES IN ANY CIVIL CASE HAVE THE RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL WITH THE TRIAL COURT WITHIN (14) CALENDAR DAYS AFTER THE ENTRY OF THE ORDER, RULING, OR JUDGMENT APPEALED FROM, EXCEPT IN AN EVICTION CASE THE TIME LIMIT SHALL BE (5) CALENDAR DAYS. THERE ARE NO APPEALS FROM A SMALL CLAIMS JUDGMENT. PURSUANT TO RECORDS RETENTION AND DESTRUCTION SCHEDULE, YOUR EXHIBIT(S) WILL BE DESTROYED UPON DISMISSAL, DISPOSITION, OR FINAL APPELLATE RULING WHICHEVER COMES LATER.

| Copy/Notification To: | US Mail | Runner Service | Email | Hand Delivered | Telephone / Voice Mail | For Court Use Only |
|---|---|---|---|---|---|---|
| Plaintiff(s) | | | | | | |
| Plaintiff(s) Attorney | | | | | | DATE: |
| Defendant(s) | | | | | | |
| Defendant(s) Attorney | | | | | | BY: |
| Garnishee | | | | | | |

* Interest rate shall be at the lesser of ten cent per annum or at a rate per annum that is equal to one per cent plus the prime rate as published by the Board of Governors of the Federal Reserve System.

JP72E (Rev 03-25-21)/ec/an/mt                                                                 Page 1 of 1

**PIMA COUNTY CONSOLIDATED JUSTICE COURT**
**240 N STONE AVENUE   TUCSON, AZ  85701-1130   (520)724-3171**

| PLAINTIFF(S): FRANKLIN, LESLIE G<br>VS.<br>DEFENDANT(S): HEPBURN, SHARI K | CIVIL MINUTE ENTRY<br><br>PLAINTIFF'S ATTORNEY:<br><br>DEFENDANT'S ATTORNEY: | CASE NO. CV23-009219-SC |
|---|---|---|

| COURT DATE: | TIME: | HEARING TYPE: |
|---|---|---|

PLAINTIFF:     ☐ Present     ☐ Not Present     ☐ By Counsel
DEFENDANT:   ☐ Present     ☐ Not Present     ☐ By Counsel

The Court, being fully advised in the premises, finds Plaintiff _____ entitled to recover by _____ complaint.

Accordingly, IT IS ORDERED THAT
☐ A Writ of Restitution (Order of Eviction) may be issued on _____ and is effective immediately upon being served.

**NOTICE TO DEFENDANT**
Pursuant to §12-1178(E), as amended, provides that a defendant who is lawfully served with a writ of restitution and who remains in or returns to the dwelling unit or remaining on or returns to the mobile home space or the recreational vehicle space without the express permission of the owner of the property or the person with lawful control of the property commits criminal trespass in the third degree pursuant to section §13-1502.

☐ Judgment in the sum of $_____, late fee $_____, Court costs $_____,

Attorney fees of $_____, and an * interest rate of _____% to be entered for _____ and against _____, plus $_____ per day from _____ until premises are vacated.

☐ Default
☐ Confession
☐ Dismissal ☐ with prejudice ☐ without prejudice be entered as to _____
☐ Bond on Appeal $_____
☐ Continuance

Writ of General Execution is granted and may be enforced by a Sheriff.

DATED: 8-13-24      _____ signature _____
                              JUSTICE OF THE PEACE  ☐ HEARING OFFICER ☐ PRO TEM

ALL PARTIES IN ANY CIVIL CASE HAVE THE RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL WITH THE TRIAL COURT WITHIN (14) CALENDAR DAYS AFTER THE ENTRY OF THE ORDER, RULING, OR JUDGMENT APPEALED FROM, EXCEPT IN AN EVICTION CASE THE TIME LIMIT SHALL BE (5) CALENDAR DAYS.  THERE NO APPEALS FROM A SMALL CLAIMS JUDGMENT.

Copy mailed to    ☑ Plaintiff     ☐ Defendant     ☐ Garnishee
DATE: 8-14-24         BY: _____

* Interest rate shall be at the lesser of ten cent per annum or at a rate per annum that is equal to one per cent plus the prime rate as published by the Board of Governors of the Federal Reserve System.

JP72 (Rev 10-09-13) ec/an/mt                                         Original-Court   Copy-Plaintiff, Defendant, Garnishee

