UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESLIE FRANKLIN,
                     Plaintiff,

               -against-                        24 Misc. 454 (LGS)

SHARI K. HEPBURN,                         ORDER

                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 2, 2024, Plaintiff filed a motion requesting that the Court issue an Order directing the Bronx Sheriff Department to enforce a writ of execution as to Defendant.

WHEREAS, Plaintiff seeks to enforce a judgment of less than $5,000. Such claims are more appropriately filed in New York City Small Claims Court, where sheriffs are made available to help enforce writs of execution. It is hereby

**ORDERED** that the motion directing the Bronx Sheriff Department to enforce a writ of execution is DENIED without prejudice.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 1 and terminate the case.

Dated: November 18, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE